States for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 01-8625. STROUD *v.* POLLUNSKY ET AL., 535 U. S. 1038;

No. 03-1035. KELSO *v.* UNITED STATES DEFENSE INTELLIGENCE AGENCY, 540 U. S. 1220;

No. 03-1249. FILOSO *v.* PRINCE WILLIAM COUNTY SCHOOL BOARD, 541 U. S. 1030;

No. 03-1278. PERSIK *v.* COLORADO STATE UNIVERSITY, 541 U. S. 990;

No. 03-8446. MOTT *v.* SISTRUNK, SUPERINTENDENT, CROSS CITY CORRECTIONAL INSTITUTION, ET AL., 541 U. S. 945;

No. 03-8583. BOWMAN *v.* UNITED STATES, 540 U. S. 1226;

No. 03-8691. HARVEY *v.* GARCIA, WARDEN, 541 U. S. 977;

No. 03-8895. RUSSELL *v.* VITTANDS, 541 U. S. 994;

No. 03-8928. PERRY *v.* CITY OF BIRMINGHAM, ALABAMA, ET AL., 541 U. S. 995;

No. 03-8984. THOMPSON *v.* DISTRICT COURT OF APPEAL OF FLORIDA, FOURTH DISTRICT, 541 U. S. 996;

No. 03-9068. FLEMING *v.* BROOKS, WARDEN, 541 U. S. 966;

No. 03-9113. WEST *v.* WORKMAN, WARDEN, 541 U. S. 1014;

No. 03-9293. ALDER *v.* BURT, WARDEN, 541 U. S. 1016;

No. 03-9302. MANLEY *v.* DAVIS, SUPERINTENDENT, INDIANA STATE PRISON, 541 U. S. 999;

No. 03-9499. IN RE REYNOLDS, 541 U. S. 986;

No. 03-9522. MUNOZ *v.* UNITED STATES, 541 U. S. 1017; and

No. 03-9759. IN RE BELLON, 541 U. S. 1029. Petitions for rehearing denied.

No. 03-8397. COOPER *v.* JOHNSON, REGIONAL DIRECTOR, GEORGIA DEPARTMENT OF CORRECTIONS, ET AL., 540 U. S. 1224. Motion for leave to file petition for rehearing denied.

JUNE 16, 2004

No. 03A1023. SIZER, COMMISSIONER, MARYLAND DEPARTMENT OF CORRECTIONS, ET AL. *v.* OKEN. Application to vacate the stay of execution of sentence of death entered by the United States District Court for the District of Maryland on June 14, 2004, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted. JUSTICE STEVENS, JUSTICE GINSBURG, and